A89A2169. GEORGIA WATER RESOURCES, INC. v. COMMISSIONER OF LABOR et al.
(387 SE2d 374)

BEASLEY, Judge.

Appellant seeks to review by direct appeal a superior court order affirming the decision of the Georgia Department of Labor regarding a claim for unemployment compensation. In doing so, it failed to obtain an order from this court granting permission for appeal pursuant to OCGA § 5-6-35 (a) (1). This requirement is jurisdictional and mandates dismissal of the appeal. *Cook v. Caldwell,* 166 Ga. App. 452 (305 SE2d 187) (1983); *Hogan v. Taylor County Bd. of Education,* 157 Ga. App. 680 (278 SE2d 106) (1981); *Tri-State Bldg. &c. Co. v. Reid,* 251 Ga. 38 (302 SE2d 566) (1983); *Wheeler v. Strickland,* 248 Ga. 85 (281 SE2d 556) (1981). Compare *Green v. Tanner,* 186 Ga. App. 715, 716 (368 SE2d 162) (1988).

*Appeal dismissed. Carley, C. J., and McMurray, P. J., concur.*

DECIDED OCTOBER 3, 1989 —
REHEARING DENIED OCTOBER 20, 1989 —

*Oliver, Maner & Gray, Wendy W. Williamson, Duffey & Feemster, Dwight Feemster, Charles P. Daly,* for appellant.

*Michael J. Bowers, Attorney General, H. Perry Michael, Executive Assistant Attorney General, Harrison W. Kohler, Deputy Attorney General, Jeff L. Milsteen, Assistant Attorney General,* for appellees.